IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTIN BURNS,**<br>      *Plaintiff,*<br><br>v.<br><br>**DENIS MCDONOUGH,** Secretary, Department of Veteran Affairs,<br><br>      *Defendant.* | **Case No. 2:23-cv-01810-JDW** |
| **KRISTEN RUELL,**<br>      *Plaintiff,*<br><br>v.<br><br>**DENIS MCDONOUGH,** Secretary, Department of Veteran Affairs,<br><br>      *Defendant.* | **Case No. 2:23-cv-02487-JDW** |

### ORDER

**AND NOW**, this 16th day of September, 2024, upon consideration of Secretary Denis McDonough's Motion For Summary Judgment in the *Burns* matter (ECF No. 35) and his identical Motion For Summary Judgment in the *Ruell* matter (ECF No. 35), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Secretary McDonough's Motions For Summary Judgment are **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Secretary McDonough's Motions For Summary Judgment are **GRANTED** with respect to: (a) Ms. Burns's and Ms. Ruell's disparate treatment claims, (b) Ms. Ruell's hostile work environment claim, and (c) Ms. Ruell's claim of a retaliatory hostile work environment; and

2. Secretary McDonough's Motions For Summary Judgment are **DENIED** with respect to Ms. Burns's and Ms. Ruell's retaliation claims, consistent with the analysis set forth in my Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.